WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CHRISTOPHER BURNS**,                                            Case No. 3:11-cv-77-JE

      Plaintiff,

vs.                                                                                          ORDER

**COMMISSIONER of Social Security**,

      Defendant.

      Attorney fees in the amount of $4,649.90 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.  If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

      DATED this 24th day of May, 2012.

/s/ John Jelderks
United States ~~District~~ / Magistrate Judge

Submitted on May 23, 2012 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1